IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 06-0162 |
| | ) | ELECTRONICALLY FILED |
| JOSEPH R. LEE | ) | |

## ORDER OF COURT

AND NOW, this 3rd day of October, 2007, it appearing to this Court that the Motion to Compel the Government to Provide Defendant with a Statement of Uncharged Misconduct (pursuant to Fed.R.Evid. 404(b) and 609) (document no. 50) and the Motion for Discovery (document no. 51) have been resolved, said motions are DENIED AS MOOT. As the Government is aware, it has a continuing obligation to provide discoverable exculpatory material in its possession.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All counsel of record